**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6291**

CARL L. GILMORE,

    Plaintiff - Appellant,

  v.

COMMONWEALTH OF VIRGINIA,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:09-cv-00641-HEH)

Submitted: June 17, 2010    Decided: June 25, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Carl L. Gilmore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl L. Gilmore appeals the district court's order dismissing without prejudice his "motion for a certificate of appealability," and "motion for relief from judgment under Rule 60(b)." We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Gilmore v. Commonwealth of Va., No. 3:09-cv-00641-HEH (E.D. Va. Feb. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED